# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARQUETA LACY

VERSUS

STEPHEN LACY

NO.   2026 CW 0196

**MARCH 12, 2026**

---

In Re:      Stephen Lacy, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2025-10337.

---

BEFORE:   **MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

SMM
BDE

**Fields, J.,** would not consider the writ. The writ application does not include a copy of respondent's opposition thereto or a statement that no opposition was filed in the district court in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT